UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD KANTOROVICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| WINDHAM PROFESSIONALS, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

EDWARD KANTOROVICH ("Plaintiff"), through his attorneys, KROHN & MOSS, LTD., alleges the following against WINDHAM PROFESSIONALS, INC. ("Defendant"):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq*. (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Illinois, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Des Plaines, Cook County, Illinois.

7. Plaintiff is a person within the meaning of 15 U.S.C. 1692d.

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a corporation located in Salem, New Hampshire.

10. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11. Upon information and belief, Defendant is collecting from Plaintiff on an alleged debt owed for a student loan.

12. On or about August 15, 2010, Defendant contacted Plaintiff's friend, Sergey Blagodarny ("Sergey"), and disclosed information about the debt including the balance of the loan, the co-signor of loan, when the loan was due, and what the minimum payments are for the loan.

13. On or about August 20, 2010, Defendant contacted Plaintiff's mother's place of employment stating that this was personal business for Plaintiff.

14. Secretary at Plaintiff's mother's place of employment told Defendant that personal phone calls were not allowed.

15. The next day, Defendant called Plaintiff's mother's place of employment again.

16. On Saturday, September 18, 2010, Defendant left a voicemail at Plaintiff's mother's place of employment stating it was regarding "personal business" about the Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692c(b) of the FDCPA by communicating with third parties without the prior consent of the Plaintiff given directly to the Defendant;

WHEREFORE, Plaintiff, EDWARD KANTOROVICH, respectfully requests judgment be entered against Defendant, WINDHAM PROFESSIONALS, INC., for the following:

18. Statutory damages of $1,000.00, pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*; and

20. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By: /s/ Adam J. Krohn
Adam J. Krohn
Adam T. Hill
KROHN & MOSS, LTD.
120 W. Madison Street, 10th Floor
Chicago, IL 60602
(312) 578-9428
akrohn@consumerlawcenter.com
ahill@consumerlawcenter.com
Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, EDWARD KANTOROVICH, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF ILLINOIS

COUNTY OF COOK)

Plaintiff, EDWARD KANTOROVICH, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, EDWARD KANTOROVICH, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

9-21-10
Date

EDWARD KANTOROVICH