## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD KANTOROVICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:10-CV-6588 |
| | ) | |
| WINDHAM PROFESSIONALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, EDWARD KANTOROVICH, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: _/s/ Adam J. Krohn_____
Adam J. Krohn
Adam T. Hill
KROHN & MOSS, LTD.
120 W. Madison Street, 10th Floor
Chicago, IL 60602
(312) 578-9428
akrohn@consumerlawcenter.com
ahill@consumerlawcenter.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

Matthew T. Glavin
Hinshaw & Culbertson LLP
222 N. LaSalle Street
Suite 300
mglavin@hinshawlaw.com

s/ Adam J. Krohn
Adam J. Krohn
Attorney for Plaintiff