**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EDWARD KANTOROVICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.     1:10-CV-6588 |
| | ) | |
| WINDHAM PROFESSIONALS, INC., | ) | STIPULATION OF DISMISSAL |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by

their respective undersigned attorneys that the above-entitled action by Plaintiff may be, and

hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees

to any party.

**KROHN & MOSS, LTD.**

Dated:  August 10, 2011                    By:_____/s/ Adam J. Krohn_____
                                                          Adam J. Krohn
                                                          Attorney for Plaintiff
                                                          Krohn & Moss, Ltd.
                                                          120 W. Madison Street
                                                          10th Floor
                                                          Chicago, IL 60602

**HINSHAW & CULBERTSON**

Dated: August 10, 2011                     By:_____/s/ Matthew T. Glavin_____
                                                          Matthew T. Glavin
                                                          Hinshaw & Culbertson
                                                          222 N. LaSalle
                                                          Suite 300
                                                          Chicago, IL 60601

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2011, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF System. A true and correct copy was electronically

submitted by electronic mail to the following:

Matthew T. Glavin
Hinshaw & Culbertson LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601
ph: 312-704-3169
mglavin@hinshawlaw.com

_____/s/ Adam J. Krohn_____
Adam J. Krohn
Attorney for Plaintiff